UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
OCT 21 2009
Oct 21 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Cornell Sims

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago Police Department Officers
L.H. Saldana #9315
R.J. Corona #7852
#Beat 0925

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

09 CV 6647
JUDGE GUZMAN
MAGISTRATE JUDGE COLE

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___     OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Cornell Sims

B. List all aliases: _____

C. Prisoner identification number: 2009-004-7819

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: L.H Saldana #9315
   Title: Chicago Police Officer
   Place of Employment: 3500 S. Lowe Chicago IL 60609

B. Defendant: R.J. Corona #7852
   Title: Chicago Police Officer
   Place of Employment: 3500 S. Lowe Chicago IL 60609

C. Defendant: _____
   Title: _____
   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _NONE_

B. Approximate date of filing lawsuit: _NONE_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _NONE_

D. List all defendants: _NONE_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NONE_

F. Name of judge to whom case was assigned: _NONE_

G. Basic claim made: _NONE_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _NONE_

I. Approximate date of disposition: _NONE_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

To whom it may concern. My name is Cornell Sims. I was arrested June 30, 2007 for a (U.U.W.) by felon. Chicago Police officer L.H. Saldana #9315 and officer R.J. Corona #7852 #Beat "0925" came into my apartment where I was visiting my sister Charlene Sims at, 4951 S. Hoyne #2 Chicago Ill 60609. They stated to my girlfriend Sandra McDonald that they had a call about a woman with a gun threatning to shoot someone. They came to the apartment at 6:15am and said someone told them I had a firearm in the house. I told them, I dont know what you all are talking about. They then said we need to search this house cause someone told us theres a gun in here. I said do you have a search warrant cause I cant give you the OK to search my sisters apartment. They both stated to me

4

that they dont need a search warrant to search anything. We're the Police. I still said no you cant search without the warrant. Thats when officer L.tl. Saldana #9315 left for a moment and came back with (4) more officers. Their was (2) females (2) males. Now theres a total of (6) Police officers in our apartment. Thats when they took me and my 2 nephews and my girlfreind into the kitchen as they searched my sisters house. One of the female officers found a firearm in the frontroom of the house and they arrested me for it. They say someone told them I had it. I went to trial August 28, 2008 and they could never bring forward this person or even their name in court. They just came into the house off hear say and arrested me for nothing at all. Their was never any calls made about me having anything or doing anything to anybody. They never even had the concent to come into the apartment in the first place. My 13yr. old nephew opened the door cause it was the Police. But they still never should have came into the apartment without the concent of a adult. I asked how did they get into the house and they said dont worry about it, wheres the guns. And I was in Costody 5 for 14 months.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be paid #~~~~~~~ $150,000 for my pain + suffering for all the months I was in here and away from my family for a crime I didnt do. I also feel that the officers should be suspended without pay for the next 3 to 6 months for breaking the law like everybody else.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __2__ day of __October__ 20 __09__

_____

(Signature of plaintiff or plaintiffs)
_Cornell Sims_
(Print name)
CORNELL SIMS
(I.D. Number)
2009-004-7819
P.O. Box 089002
Chicago IL 60608
(Address)

6

Revised 9/2007

**INDEPENDENT POLICE REVIEW AUTHORITY**



10 W. 35th St. 12th Fl.
Chicago, IL 60616
(312) 745-3609
**ILANA B. R. ROSENZWEIG,** Chief Administrator

July 14, 2009
Reference: Log No. 1028142

CORNELL SIMS
P.O. BOX 112, RTE 53
JOLIET, IL 60434

Dear Cornell Sims,

The Independent Police Review Authority ("IPRA") received your information on 13-JUL-2009, and gave it Log Number 1028142. It has been forwarded to the Internal Affairs Division of the Chicago Police Department.

IPRA intakes and registers all complaints against Chicago Police Department members. By ordinance, IPRA investigates only specific categories of complaints. All other complaints are forwarded to the Internal Affairs Division.

For additional information on the status of your complaint, you may contact the Internal Affairs Division at (312) 745-6310.

Sincerely,

*[signature]*

ILANA B. R. ROSENZWEIG
Chief Administrator
Independent Police Review Authority

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

September 22, 2009

**LEGAL MAIL - CONFIDENTIAL**

Mr. Cornell Simms
2009-00-47819
2600 S. California, Div. 5-20
Chicago, IL 60608

      Re:    *Pro Bono Representation*

Dear Mr. Simms:

    This is in response to your recent letter to Kirkland & Ellis LLP seeking *pro bono* representation. Unfortunately, I am writing to advise you that the firm of Kirkland & Ellis LLP is not in a position to assist you in this matter. Due to the number of requests we receive, we can necessarily only accept a small percentage of requests for *pro bono* assistance. As such, this decision should not be taken as reflecting on the merits of your matter in any way.

    However, legal service organizations may be available to assist you in your search for legal advice. The Coordinated Advice and Referral Program for Legal Services ("CARPLS") provides legal advice for many matters and can refer you to the appropriate legal service organization if they are unable to provide assistance. The CARPLS hotline can be reached at 312-738-9200, and is open Monday through Friday from 9:00AM to 4:30PM and on Wednesday evenings until 7:30PM. You should also visit www.illinoislegalaid.org. This informative website can answer many legal questions and will list legal aid organizations appropriate for your legal issue.

    Because we will not be assisting you, we are returning your letter to you, and any supporting materials you sent. I wish you the best of luck in seeking representation.

Sincerely,

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Washington, D.C.